IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr30

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CLEMENT J. HOPE | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss only the forfeiture allegation in the indictment with prejudice. (Doc. No. 21).

**IT IS, THEREFORE, ORDERED** that the government is **GRANTED** leave to dismiss only the forfeiture allegation in the indictment in the above captioned case with prejudice.

**IT IS FURTHER ORDERED** that the government's Motion for Preliminary Order of Forfeiture (Doc. No. 19) is **DENIED** as moot.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 14, 2008

Robert J. Conrad, Jr.
Chief United States District Judge