IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr30

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>CLEMENT J. HOPE )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of the defendant pro se for review of detention. (Doc. No. 28).

The defendant has been charged with violations of 21 U.S.C. § 841(a), 18 U.S.C. § 922(g), and 18 U.S.C. § 924(c). (Doc. No. 1: Indictment). Accordingly, he has been charged with crimes to which a presumption of detention applies. 18 U.S.C. § 3142(f).

Upon review of the record, even in a light most favorable to the defendant, the Court finds the circumstances alleged by the defendant are insufficient for this Court to alter the Order of Detention, particularly in light of the magistrate judge's finding that the defendant has a history of gun possession and committing crimes of violence. (Doc. No. 7: Order of Detention).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: November 20, 2008

Robert J. Conrad, Jr.
Chief United States District Judge